# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **KURT TAYLOR #216804,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0794-CG-M |
| **RICHARD ALLEN, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED without prejudice.

DONE and ORDERED this 16th day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE